1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   RANDY LUSKEY (CABN 240915)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California  94102
      Telephone:     (415) 436-7200
7     Facsimile:     (415) 436-7234
      randall.luskey@usdoj.gov
8
   Attorneys for the United States of America
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA, | ) | CR 12-00834 EMC |
   |---|---|---|
14 |     Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
15 | v. | ) | EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 20, 2012 TO JANUARY 30, 2013 |
16 | MONICO DOMINGUEZ, | ) | |
   | JUAN DOMINGUEZ, JR., | ) | |
17 | SHAWN GEERNAERT | ) | |
18 |     Defendant. | ) | |

19

20
     On December 20, 2012, the parties in this case appeared before the Honorable Edward M.
21
Chen for an initial appearance.  At that time, the parties represented that the government had just
22
produced to defense counsel a voluminous set of discovery, including multiple CDs worth of
23
video and audio recordings and that the defense would need additional time to review the
24
discovery and to conduct additional investigation.  Accordingly, the parties jointly requested an
25
extension of time and stipulated that time should be excluded from December 20, 2012 to
26
January 30, 2013, for effective preparation of defense counsel. The parties represented that
27
granting the continuance was for the reasonable time necessary for effective preparation of
28

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00834 EMC                    1

defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                                        MELINDA HAAG
                                      United States Attorney

DATED: January 29, 2013                        /s/
                                        RANDY LUSKEY
                                        Assistant United States Attorney

DATED: January 29, 2013                        /s/
                                        JAI GOHEL
                                        Attorney for Monico Dominguez

DATED: January 29, 2013                        /s/
                                        JODI LINKER
                                        Attorney for Juan Dominguez Jr.

DATED: January 29, 2013                        /s/
                                        JOSEPH STOGNER
                                        Attorney for Shawn Geernaert

    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from December 20, 2012 to January 30, 2013, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:   1/31/13                                                  E. CHEN
                                                                       Court Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen)

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00834 EMC