MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:     (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12-00834 EMC |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 30, 2013 TO FEBRUARY 27, 2013 |
| v. | ) ) ) | |
| MONICO DOMINGUEZ, JUAN DOMINGUEZ, JR., SHAWN GEERNAERT | ) ) ) | |
| Defendant. | ) ) ) | |

      On January 30, 2013, the parties in this case appeared before the Honorable Edward M. Chen for a status hearing.  At that time, the parties represented that the government was preparing to produce to defense counsel a set of additional discovery and that the defense would need additional time to review the discovery and to conduct additional investigation.  Moreover, counsel for Mr. Dominguez indicated that he was preparing to file a motion to disclose the identity of the confidential informant(s) in the case and counsel for Mr. Dominguez, Jr. Stated that she was considering moving to sever.  The parties jointly requested an extension of time and stipulated that time should be excluded from January 30, 2013 until February 27, 2013, for

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00834 EMC                      1

effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: February 26, 2013          /s/
RANDY LUSKEY
Assistant United States Attorney


DATED: February 26, 2013          /s/
JAI GOHEL
Attorney for Monico Dominguez


DATED: February 26, 2013          /s/
JODI LINKER
Attorney for Juan Dominguez Jr.


DATED: February 26, 2013          /s/
JOSEPH STOGNER
Attorney for Shawn Geernaert

//
//
//
//
//
//

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00834 EMC                              2

1     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from
2 January 30, 2013 through February 27, 2013, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. §
3 3161(h)(7)(A).

5 IT IS SO ORDERED.

7 DATED: 2/27/13



THE HO[N]
United St[ates]
Judge Edward M. Chen

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00834 EMC                         3