Stephanie M. Hinds, CA Bar # 154284
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
(415) 436-6816; stephanie.hinds@usdoj.gov

Attorneys for UNITED STATES OF AMERICA


Gene D. Vorobyov, CA Bar # 200193
Law Offices of Gene Vorobyov
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693; gene.law@gmail.com

Attorney for Appellant
MONICO DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 12-0834 EMC |
| Plaintiff, | [9th Circuit Case No. 14-10268] |
| vs. | [proposed] ORDER RE: WITHDRAWAL OF THE GOVERNMENT'S PRELIMINARY ORDER OF FORFEITURE WITHOUT PREJUDICE AND STAYING FORFEITURE PROCEEDING PENDING FINALITY OF DIRECT APPEAL |
| MONICO DOMINGUEZ, | |
| Defendant. | |

///

///

**ORDER**

For the reasons set forth in the parties' stipulation, the Government's application for a preliminary order of forfeiture (CR Doc. No. 299) is withdrawn without prejudice. Pursuant to Federal Rule of Criminal Procedure 32.2(d), the forfeiture proceedings are ordered STAYED, pending finality of the defendant's direct appeal of his criminal conviction.

**IT IS SO ORDERED.**

Dated: 08/25/2017 (29)

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

_____
Edward M. Chen
UNITED STATES DISTRICT JUDGE